FILED

01/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0036



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0036

BOBBY FRANCIS LOWRY,

    Petitioner,

v.

CAPTAIN BRAGG,
LEWIS AND CLARK COUNTY
DETENTION CENTER,

    Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

    Motion to proceed without payment of the filing fee in this matter is
**GRANTED.**

    DATED: January 16, 2024.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court